**MEMO ENDORSED**

Narendra Jodhan
03-A-3207
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

April 4, 2008

Judge Richard M. Berman
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Re:    Jodhan v. Ercole, 07-cv-9263 (RMB) (JCF)
       Request for Extension of Time to File Objection

The Honorable Judge Richard M. Berman:

   On March 31, 2008, I received a copy of Magistrate Judge James C. Francis IV adverse Report and Recommendation in this case. After reviewing this Report and Recommendation, I see the need for an objection; however, I will not be able to do so in the ten days I was told that I have. As a layman in the matter of law, who are proceeding pro se, I need more time to formulate a coherent and cogent objection. As such, I am humbly requesting a sixty (60) days extension to prepare my objection.

   Thank you for your time and understanding. I eagerly await this Honorable Court's favorable response.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 4, 2008.

Respectfully submitted,

Narendra Jodhan

Application Granted. Pl has until 6/10/08 to serve + file objections. This date is FINAL.

SO ORDERED:
Date: 4/9/08
Richard M. Berman, U.S.D.J.

PROOF OF SERVICE

State of New York :
                 ss:
County of Dutchess:

I, Narendra Jodhan, am the petitioner herein and served a true and accurate copy of the following document: A LETTER REQUESTING EXTENSION OF TIME TO FILE AN OBJECTION TO THE MAGISTRATE ADVERSE REPORT AND RECOMMENDATION, upon the parties listed below:

   Judge Richard M. Berman
   C/o Clerk of the Court
   United States District Court
   Southern District of New York
   500 Pearl Stret
   New York, NY 10007

   Stanley R. Kaplan (ADA)
   Bronx County
   198 East 161 Street
   Bronx, NY 10451

The method of service was "First Class Mail," United States Postal Service, by mailing and depositing a true and correct copy of said document in a mailbox located at Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York 12582, on April 4, 2008.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 4, 2008.

Dated: April 4, 2008
       Stormville, New York

                                    Respectfully submitted,


                                    Narendra Jodhan (03A3207)
                                    Petitioner, pro se
                                    Green Haven Corr. Fac.
                                    P.O. Box 4000
                                    Stormville, NY 12582