UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NARENDRA JODHAN,

                 Petitioner,

-against-

ROBERT E. ERCOLE, Superintendent,
Green Haven Correctional Facility,
                 Respondent.
------------------------------------------------------------X



07 CIVIL 9263 (RMB)(JCF)

**JUDGMENT**

**SCANNED**

    Whereas on March 28, 2008, the Honorable James C. Francis IV, United States Magistrate Judge, having issued a report and recommendation ("report") recommending that the petition for a writ of habeas corpus under 28 U.S.C. 2254 be denied, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, thereafter, on June 16, 2008, having rendered its Decision and Order adopting the report in its entirety and denying the petition, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 16, 2008, the report is adopted in its entirety and the petition is denied; accordingly, the case closed.

DATED: New York, New York
            July 10, 2008

                                         **J. MICHAEL McMAHON**
                                            Clerk of Court

                    BY:

                                            Deputy Clerk.

                                   THIS DOCUMENT WAS ENTERED
                                   ON THE DOCKET ON _____